IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEXTER WANZEL WHITE,

    Plaintiff,

v.                                       CASE NO.: 4:12cv368-SPM/GRJ

WAKULLA COUNTY FLORIDA et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court upon the Magistrate Judge's report and recommendation (doc. 12) dated November 6, 2012. Plaintiff was furnished a copy, and has filed an objection (doc. 13) and exhibits (doc. 14).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Magistrate Judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2.    This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and

pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) for seeking monetary relief against a defendant who is immune from such relief.

3. Plaintiff's motion for leave to file amended complaint (doc. 10) is denied.

SO ORDERED this 27th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge