**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DEXTER WANZEL WHITE,

     Plaintiff,

v.                              CASE NO.: 4:12cv368-SPM/GRJ

WAKULLA COUNTY FLORIDA et al.,

     Defendants.

_____/

## O R D E R

     This cause comes before the Court upon the Plaintiff's Motion for Leave to Appeal *In Forma Pauperis*. (Doc. 20). An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3); Fed.R.App.P. 24(a). The good faith standard is an objective one. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id*. The same considerations that lead the Court to dismiss the case also compel the conclusion that an appeal would not be taken in good faith. (*See* docs. 12, 16).

     It is hereby CERTIFIED, pursuant to Fed.R.App.P. 24(a), that an appeal in this matter by Plaintiff is not taken in good faith. Leave to proceed on appeal *in forma pauperis* is DENIED. The Plaintiff must pay the $455.00 appellate filing fee within thirty days from the date of this order.

     **DONE AND ORDERED** this 28th day of December, 2012.

                             s/ *M. Casey Rodgers*

                             **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**